IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. RODRIGUES,

    Plaintiff,

  v.

BANK OF AMERICA, NA; BANK OF AMERICA PENSION PLAN,

    Defendants.

_____/

No. C 16-1390 CW

ORDER ON MOTION TO DISMISS

Plaintiff's response to Defendants' Motion to Dismiss and Motion to Strike was due on May 12, 2016. Plaintiff has not filed a response. If Plaintiff does not file a response within one week of the date of this order, the Court will dismiss the case for failure to prosecute. If Plaintiff files a response within the time permitted, Defendants will have one week from the date of the response to file a reply.

IT IS SO ORDERED.

Dated: May 16, 2016

CLAUDIA WILKEN
United States District Judge